**DISMISSED and Opinion Filed December 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01401-CR

**LAQUINN TYRONE LOVELY, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-51963-N**

## MEMORANDUM OPINION

Before Justices Myers, Schenck, and Carlyle
Opinion by Justice Schenck

Before the Court is appellant's November 22, 2019 motion to withdraw the notice of appeal

and dismiss the appeal. The motion is signed by appellant and by counsel. See TEX. R. APP. P.

42.2(a). We **GRANT** the motion and **DISMISS** the appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191401F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LAQUINN TYRONE LOVELY, Appellant

No. 05-19-01401-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F18-51963-N.
Opinion delivered by Justice Schenck.
Justices Myers and Carlyle participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 23rd day of December, 2019.